Fill in this information to identify the case:

Debtor 1 <u>Julie Ann Saunders</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>Eastern District of Virginia</u>

Case number <u>22-33449-KRH</u>

**Official Form 410S2**
**Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of creditor**: Nationstar Mortgage LLC      **Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account:      6326

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

**Part 1:  Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | 2/9/23 Proof of Claim | (5) | $ 325.00 |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property Inspection Fees | | (7) | $ |
| 8. Tax Advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. 2/1/23 Plan Review _____ | | (11) | $ 325.00 |
| 12. _____ | | (12) | $ |

| | | | |
|---|---|---|---|
| 13 .: | _____ | (13) | $ |
| 14. : | _____ | (14) | $ |
| 15. Total | | (15) | $ 650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Case 22-33449-KRH    Doc    Filed 03/29/23    Entered 03/29/23 14:46:46    Desc Main
Document    Page 2 of 3

Debtor1 Julie Ann Saunders                                   Case Number (*If known*):22-33449
           First Name      Middle Name      Last Name

**Part 2:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Daniel K. Eisenhauer
Signature                                                                       Date: 03/29/2023

**Print:**                                                    Title    Attorney for Nationstar Mortgage LLC
       Daniel K. Eisenhauer, Esq. 85242
First Name         Middle Name         Last Name

Company    Orlans PC

Address    PO Box 2548
           Number            Street

           Leesburg, VA  20177

Contact phone  (703) 777-7101                         Email  deisenhauer@orlans.com

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                Page 3